IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAREL BLALOCK,** <br>     **Plaintiff** <br><br> v. <br><br> **LT. CORELY,** *et al.*, <br>     **Defendants** | No. 3:24-CV-0647 <br><br> (Judge Munley) |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's Section 1983 Eighth Amendment failure-to-protect claims against defendants Captain A. Eberling, Lieutenant Campbell, Chief Grievance Officer D. Varner, Lieutenant J. Watt, Major M. Yost, and Major W. House are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. Plaintiff's official capacity claims against all Defendants are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and (2).

3. Plaintiff's state-law claims of negligence and assumpsit are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

4. The Clerk of Court is directed to terminate defendants Captain A. Eberling, Lieutenant Campbell, Chief Grievance Officer D. Varner, Lieutenant J. Watt, Major M. Yost, and Major W. House.

5. This case will proceed only on the individual capacity Eighth Amendment failure-to-protect claims against defendants Lieutenant Corley, Lieutenant Strong, Superintendent Rivello, Counselor Walters, Psych/PSS Helsel, DSCS Spyker, DSFM Kohler, and CCPM Strait.

6. Defendants' motion to dismiss (Doc. 16), which has not yet been briefed, is **DISMISSED** as moot and without prejudice in light of paragraphs 1 through 5 above. The remaining Defendants, if they so desire, may renew their motion to dismiss to the extent that it does not conflict with or replicate today's Memorandum and Order.

7. Plaintiff's motion (Doc. 20) "to compel Defendants to provide [him] with their motion to dismiss" is **DISMISSED** as moot in light of paragraphs 1 through 6 above.

Date: 9/4/24

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court