IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREL BLALOCK,** | : | **No. 3:24-CV-0647** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **LT. CORLEY, *et al.*,** | : | |
| **Defendants** | : | |

**ORDER**

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED** that:

1. Defendants' motion for summary judgment (Doc. 54) pursuant to Federal Rule of Civil Procedure 56 is **GRANTED** in part and **DENIED** in part, as follows:

   a. Defendants' motion is **GRANTED** as to Plaintiff's Section 1983 Eighth Amendment failure-to-protect claims against defendants N. Walters, J. Helsel, Lt. K. L. Strong, and Superintendent J. Rivello.

   b. Defendants' motion is **DENIED** in all other respects.

2. Entry of judgment in accordance with paragraph 1 above shall be deferred pending resolution of Plaintiff's remaining Section 1983 Eighth Amendment failure-to-protect claims against defendants Lt. Corley, J. Spyker, DFSM J. Kohler, and CCPM T. Strait.

**Date:** 8/20/26

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**